An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD M. SAVAGE A/K/A DON M.
SAVAGE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63122

**FILED**

JUN 0 7 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a proper person appeal from an order denying a motion to dismiss for lack of jurisdiction and motion to appoint counsel. Eighth Judicial District Court, Clark County; Doug Smith, Judge.

Because no statute or court rule permits an appeal from an order denying the aforementioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

13-16679

cc: Hon. Doug Smith, District Judge
Donald M. Savage
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk